IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| PIN/NIP, INC., ) | |
| ) | |
| ) | Civil Case No. 97-0307-S-BLW |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| PLATTE CHEMICAL COMPANY, ) | ORDER |
| ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

The Court has before it a motion to extend time to respond and to postpone the *Markman* hearing. The *Markman* hearing is presently set for October 5, 1998. Because of criminal matters which had to be set that day, the Court only has an hour allotted for the *Markman* hearing, clearly an insufficient amount of time. At the same time, the Court recognizes that any delay in holding the hearing will be burdensome to plaintiff Pin/Nip. To accommodate these concerns as much as possible, the Court will move the hearing to give more time for argument, but will refuse to move the hearing any more than two weeks to minimize the harm to Pin/Nip. The Court will therefore reset the hearing for October 23, 1998.

NOW THEREFORE IT IS HEREBY ORDERED, that the motion to extend time and postpone the *Markman* hearing (docket no. 43) is hereby GRANTED, and that the *Markman* hearing presently set for October 5, 1998, is hereby VACATED and reset for October 23,

**Order -- page 1**

1998.

IT IS FURTHER ORDERED, that defendant Platte's briefing in response to the motions for summary judgment and *Markman* issues shall be due on October 2, 1998, and that plaintiff Pin/Nip's reply briefing shall be due on or before October 16, 1998.

Dated this 30th day of September, 1998.

_____
B. LYNN WINMILL
UNITED STATES DISTRICT COURT

tj

United States District Court
for the
District of Idaho
September 30, 1998

* * CLERK'S CERTIFICATE OF MAILING * *

Re:  1:97-cv-00307

I certify that a copy of the attached document was mailed to the
following named persons:

M Michael Sasser, Esq.
HAMLIN & SASSER
PO Box 16488
Boise, ID  83715

William S Britt, Esq.
TRASK BRITT & ROSSA
PO Box 2550
Salt Lake City, UT  84110

Edgar R Cataxinos, Esq.
TRASK BRITT & ROSSA
PO Box 2550
Salt Lake City, UT  84110

Elizabeth R Jones, Esq.
HOLLAND & HART
PO Box 8749
Denver, CO  80201-8749

James E Hartley, Esq.
HOLLAND & HART
PO Box 8749
Denver, CO  80201-8749

Steven B Andersen, Esq.
HOLLAND & HART
PO Box 2527
Boise, ID  83701


Cameron S. Burke, Clerk

Date: 9-30-98

BY: _____
    (Deputy Clerk)