IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| PIN/NIP, INC., a Nevada corporation, | |
| Plaintiff and Counterclaim Defendant, | Case No. CIV97-0307-S-BLW |
| v. | **ORDER REGARDING BIFURCATION OF DAMAGES** |
| PLATTE CHEMICAL COMPANY, a Nebraska corporation,, | |
| Defendant and Counterclaim Plaintiff. | |

Pursuant to stipulation of the parties,

IT IS HEREBY ORDERED that trial of the damages portion of the patent infringement case is bifurcated and will be tried to the Court at a later date to be set according to the Court's calendar. The remaining issues of validity, infringement, and willfulness will be tried to a jury as originally scheduled.

SO ORDERED this 3rd day of February 1999.

B. LYNN WINMILL, District Judge

ORDER REGARDING BIFURCATION OF DAMAGES - 1

United States District Court
for the
District of Idaho
February 4, 1999

\* \* CLERK'S CERTIFICATE OF MAILING \* \*

Re:  1:97-cv-00307

I certify that a copy of the attached document was mailed to the following named persons:

   M Michael Sasser, Esq.
   HAMLIN & SASSER
   PO Box 16488
   Boise, ID  83715

   William S Britt, Esq.
   TRASK BRITT & ROSSA
   PO Box 2550
   Salt Lake City, UT  84110

   Edgar R Cataxinos, Esq.
   TRASK BRITT & ROSSA
   PO Box 2550
   Salt Lake City, UT  84110

   } 1 copy

   Elizabeth R Jones, Esq.
   HOLLAND & HART
   PO Box 8749
   Denver, CO  80201-8749

   James E Hartley, Esq.
   HOLLAND & HART
   PO Box 8749
   Denver, CO  80201-8749

   } 1 copy

   Steven B Andersen, Esq.
   HOLLAND & HART
   PO Box 2527
   Boise, ID  83701

Cameron S. Burke, Clerk

Date: 2/4/99

BY: _____
(Deputy Clerk)