Pretrial issues

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO**

Date: April 15, 2002
Judge B. Lynn Winmill                    Deputy Clerk   LaDonna Garcia
Case No. CV97-307-S-BLW                      Reporter: Stacy Heinz
Place:   Boise, ID                                Time: 11:15 - 12:00


Pin/Nip                                  Plaintiff
  vs
Platte Chemical Co                       Defendant.

Counsel for (Plaintiff                   Dickson Burton/Edgar Cataxinos
                                         Michael Sasser


Counsel for (Defendant                   Elizabeth Jones/Steve Anderson


Report of Proceedings:

Plaintiff's oral objection to the court's memorandum decision re motions in limine and oral motion for reconsideration.

Counsel for plf and def addressed concerns with certain issues which stem from the motions in limine and the courts rulings on those motions. Counsel addressed concerns proposed jury instructions and statements that can be used during opening arguments.

Court will consider counsel's arguments and issue a ruling during the trial.