**US COURTS
DISTRICT OF IDAHO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

APR 2 6 2002

RECD_____ FILED_____
CAMERON S. BURKE
CLERK IDAHO

| | |
|---|---|
| PIN/NIP, INC., a Nevada corporation, | ) |
| Plaintiff and Counterclaim Defendant, | ) |
| v. | ) |
| PLATTE CHEMICAL COMPANY, a Nebraska corporation, | ) |
| Defendant and Counterclaim Plaintiff. | ) |

Civil Case No. 97-0307-S-BLW

SPECIAL INTERROGATORIES

We, the jury, present unanimous answers to the questions set forth in the attached six charts. The signature of the Foreperson below indicates that the Jury has considered each of the questions on the attached six charts, has completed its consideration of each question, and has reached a unanimous resolution for each question.

Dated this _26_ day of April, 2002.

_____
FOREPERSON



# Special Interrogatories
## for
## Chart One  / V /
## (Exhibit 2401)

| Customer | Storage Location | Did this application infringe Claim 1? (Yes or No) | Did this application infringe Claim 33? (Yes or No) | If this application infringed either Claim 1 or Claim 33, did Pin/Nip induce that infringement? (Yes or No) | If Pin/Nip induced an infringement was that inducement "willful"? (Yes or No) |
|---|---|---|---|---|---|
| Green Ridge Farms | Buess | yes | — | yes | yes |
| Ed Smith | S. Behlin R&G | yes | — | yes | yes |
| Nate Schroeder | South Single Bay | yes | — | yes | yes |
| Keegan Inc. | Kimberly Hwy. Hansen Id. | yes | — | yes | yes |
| Simplot | K (K-3 and K-4) | K4 Yes  K3 No | —  No | Yes  no | yes |
| Magic Valley Produce | South Bay | No | No | no | — |
| Bud Rich | Bays 3&4 | No | No | no | — |
| Triple Ace Farms | Hwy 93 far south | Yes | — | yes | yes |

1) We recommend strongly using lowest cwt. Our judgment was based on it.

*Special Interrogatory for Chart One (Exhibit 2401) – page 1*

| Customer | Storage Location | Did this application infringe Claim 1? (Yes or No) | Did this application infringe Claim 33? (Yes or No) | If this application infringed either Claim 1 or Claim 33, did Pin/Nip induce that infringement? (Yes or No) | If Pin/Nip induced an infringement was that inducement "willful"? (Yes or No) |
|---|---|---|---|---|---|
| Steve Staheli | Enterprise Utah | yes | ~~yes~~ | yes | yes |
| Green Ridge Farms | Three River #2 | yes | — | yes | yes |
| Amstad Farms | By the Shop | No | No | — | — |
| Basic American Foods | #1 Malin | Yes | — | yes | yes |
| Basic American Foods | #2 | Yes | — | yes | yes |
| Strebin Farms | #2 | No | No | — | — |
| Schaeffer Farms | South Bay on Double Behlen | yes | ~~yes~~ | yes | yes |
| Amstad Farms | Makami Farms | No | No | — | — |
| Green Ridge Farms | Peterson East Side | No | No | — | — |
| 4-H Farms | Hazelton | Yes | — | yes | yes |
| Doug Strebin | Storage #1 Irragon | No | No | — | — |

*Special Interrogatory for Chart One (Exhibit 2401) – page 2*

| Customer | Storage Location | Did this application infringe Claim 1? (Yes or No) | Did this application infringe Claim 33? (Yes or No) | If this application infringed either Claim 1 or Claim 33, did Pin/Nip induce that infringement? (Yes or No) | If Pin/Nip induced an infringement was that inducement "willful"? (Yes or No) |
|---|---|---|---|---|---|
| Doug Strebin | Carlson Storage North Bay | No | No | — | — |
| Elmore Farms | Hartwig | No | No | — | — |
| Cal-Orr Produce | Rohrback er Malin, OR | yes | — | yes | yes |
| Bud Rich | Leonard Storage | No | No | — | — |
| Amstead Farms | Zebransky | yes | — | yes | yes |
| Lee McKoan | Hwy. 39, Hatfield, OR | yes | — | yes | yes |
| Walker Farms, Inc. | Hwy. 39, Marrill OR (blue) | No | No | — | — |
| Walker Farms, Inc. | Hwy 39, Marrill, OR | No | No | — | — |
| R&R Packing c/o Rick Walsh | Hwy. 39 & South Side Bypass, K-Falls, OR | yes | — | yes | yes |

*Special Interrogatory for Chart One (Exhibit 2401) – page 3*

| Customer | Storage Location | Did this application infringe Claim 1? (Yes or No) | Did this application infringe Claim 33? (Yes or No) | If this application infringed either Claim 1 or Claim 33, did Pin/Nip induce that infringement? (Yes or No) | If Pin/Nip induced an infringement was that inducement "willful"? (Yes or No) |
|---|---|---|---|---|---|
| Bud Rich Potato | Bay #3 | No | No | — | — |
| Bud Rich Potato | Bay #4 | No | No | — | — |
| Strebin Farms | Storage #1 | No | No | — | — |
| Strebin Farms | Storage #2, South Bay | Yes | Yes | Yes | Yes |
| F.E. Johnson & Son | #1 Klamath Falls, OR | Yes | Yes | Yes | Yes |
| Longly Potato | Longly Storage | Yes | — | Yes | Yes |

*Special Interrogatory for Chart One (Exhibit 2401) – page 4*

*all Chart 2
as No*

## Special Interrogatories
### for
### Chart Two  *l v l*
### (Exhibit 2403)

| Customer | Storage Location | Did this application infringe Claim 1? (Yes or No) | Did this application infringe Claim 33? (Yes or No) | If this application infringed either Claim 1 or Claim 33, did Pin/Nip induce that infringement? (Yes or No) | If Pin/Nip induced an infringement, was that inducement "willful"? (Yes or No) |
|---|---|---|---|---|---|
| Amstad Farms | Zebrowsky | No | No | — | — |
| Amstad Farms | Echo Storage | No | No | — | — |
| Amstad Farms | Makami Farms | No | No | — | — |
| Amstad Farms | Unknown (11/02/98) | No | No | — | — |
| Baley-Trotman Farms | Malin, OR | No | No | — | — |
| Baley-Trotman Farms | #2 | No | No | — | — |
| Baley-Trotman Farms | #3 | No | No | — | — |
| Basin Products | #1 | No | No | — | — |
| Blackman Farms | Hwy. 39, Klamath Falls | No | No | — | — |

*Special Interrogatory for Chart Two (Exhibit 2403) – page 1*

| Customer | Storage Location | Did this application infringe Claim 1? (Yes or No) | Did this application infringe Claim 33? (Yes or No) | If this application infringed either Claim 1 or Claim 33, did Pin/Nip induce that infringement? (Yes or No) | If Pin/Nip induced an infringement, was that inducement "willful"? (Yes or No) |
|---|---|---|---|---|---|
| Bott Land Farms | A-Frame | No | No | — | — |
| Bruce Arnold Farms | Storage #2 | No | No | — | — |
| Bud Rich Potato | RA Storage | No | No | — | — |
| Bud Rich Potato | Bay #3 at packing shed | No | No | — | — |
| Bud Rich Potato | Bay #4 | No | No | — | — |
| Bud Rich Potato | Unknown (12/28/98) | No | No | — | — |
| Cal-Orr Produce | Woodman (11/01/97) | No | No | — | — |
| Cal-Orr Produce | Popie Ranch, Marrill, OR | No | No | — | — |
| Cal-Orr Produce | Malin OR | No | No | — | — |
| Cal-Orr Produce | Woodman (03/20/98) | No | No | — | — |
| Crater Lake Potato | Packing shed #1, K-Falls | No | No | — | — |

*Special Interrogatory for Chart Two (Exhibit 2403) – page 2*

| Customer | Storage Location | Did this application infringe Claim 1? (Yes or No) | Did this application infringe Claim 33? (Yes or No) | If this application infringed either Claim 1 or Claim 33, did Pin/Nip induce that infringement? (Yes or No) | If Pin/Nip induced an infringement, was that inducement "willful"? (Yes or No) |
|---|---|---|---|---|---|
| Crater Lake Potato | Packing shed cellar #1 | No | No | — | — |
| Dave Cacka | Hatfield Junction OR | No | No | — | — |
| Dave Cacka | Hwy. 161 & Hwy 39 Hatfield OR | No | No | — | — |
| Dennis Arnold | Belhlem #8 | No | No | — | — |
| Doug Strebin | Makami Storage | No | No | — | — |
| Doug Strebin | Bay #1 | No | No | — | — |
| Echo Ranch | #1 Home Place Red Storage | No | No | — | — |
| Echo Ranch | #1 Casper | No | No | — | — |
| Echo Ranch | Mike Arnold Storage | No | No | — | — |
| Ed Smith | West Double Behler | No | No | — | — |

*Special Interrogatory for Chart Two (Exhibit 2403) – page 3*

| Customer | Storage Location | Did this application infringe Claim 1? (Yes or No) | Did this application infringe Claim 33? (Yes or No) | If this application infringed either Claim 1 or Claim 33, did Pin/Nip induce that infringement? (Yes or No) | If Pin/Nip induced an infringement, was that inducement "willful"? (Yes or No) |
|---|---|---|---|---|---|
| Ed Smith | East Double Behler (Shepudy) | No | No | — | — |
| Ed Smith | Ed's Double West | No | No | — | — |
| F.E. Johnson & Son | #1 (04/27/98) | No | No | — | — |
| F.E. Johnson & Son | #1 (11/09/98) | No | No | — | — |
| Frank Tiegs | Three Rivers #2 | No | No | — | — |
| Frank Tiegs | Buess | No | No | — | — |
| Frank Tiegs | Three Rivers #3 | No | No | — | — |
| G & R Farms | #3 Ft. Hall Storage | No | No | — | — |
| Green Ridge Farms | Three Rivers | No | No | — | — |
| Greg Nickoll | #1 | No | No | — | — |
| Greg Nickoll | #2 | No | No | — | — |

*Special Interrogatory for Chart Two (Exhibit 2403) – page 4*

| Customer | Storage Location | Did this application infringe Claim 1? (Yes or No) | Did this application infringe Claim 33? (Yes or No) | If this application infringed either Claim 1 or Claim 33, did Pin/Nip induce that infringement? (Yes or No) | If Pin/Nip induced an infringement, was that inducement "willful"? (Yes or No) |
|---|---|---|---|---|---|
| JY Enterprises | West Dune Bay | no | no | — | — |
| Koompin Brothers | New Storage by John Deers | no | no | — | — |
| Koompin Brothers | Home Storage Bay | no | no | — | — |
| Koompin Brothers | Jones #1 | no | no | — | — |
| Koompin Brothers | Jones #2 | no | no | — | — |
| Lamb Weston | Hanses | no | no | — | — |
| Mart Produce | 70 N. 100 E. | no | no | — | — |
| McCain Foods | Elmore West Bay | no | no | — | — |
| McCain Foods | Plant 4 & 5 | no | no | — | — |
| McCain Foods | 7 & 8 | no | no | — | — |
| McCain Foods | Storage Bay #12 NW | no | no | — | — |

*Special Interrogatory for Chart Two (Exhibit 2403) – page 5*

| Customer | Storage Location | Did this application infringe Claim 1? (Yes or No) | Did this application infringe Claim 33? (Yes or No) | If this application infringed either Claim 1 or Claim 33, did Pin/Nip induce that infringement? (Yes or No) | If Pin/Nip induced an infringement, was that inducement "willful"? (Yes or No) |
|---|---|---|---|---|---|
| Nate Schroeder | East Double Behler | no | no | —— | —— |
| Nate Schroeder | Unknown (10/15/97) | no | no | — | — |
| Nate Schroeder | Ed's Double West | no | no | —— | —— |
| Oram & Son | Hwy. 39 & Malin Hwy. | no | no | —— | —— |
| Oregon Onion | Longly Storage | no | no | —— | —— |
| Pat Keegan | Unknown (10/08/97) | no | no | —— | —— |
| Rex Hibbert | Rex's A-Frame | no | no | —— | —— |
| Ross Fleming | Homedale Road | no | no | —— | —— |
| Ross Fleming | Homdale Road K-Falls OR | no | no | —— | —— |
| Schaapman-Blue Ribbon | Hodges-Adams Road | no | no | —— | —— |
| Steve Staheli | Enterprise Utah | no | no | —— | —— |

| Customer | Storage Location | Did this application infringe Claim 1? (Yes or No) | Did this application infringe Claim 33? (Yes or No) | If this application infringed either Claim 1 or Claim 33, did Pin/Nip induce that infringement? (Yes or No) | If Pin/Nip induced an infringement, was that inducement "willful"? (Yes or No) |
|---|---|---|---|---|---|
| Thacmert Farms | Old Storage | No | no | — | — |
| Western Empire | Western Storage (01/09/98) | No | No | — | — |
| Western Empire | Woods (01/23/98) | No | No | — | — |
| Western Empire | Shop Storage | No | No | — | — |
| Western Empire | Western (11/11/98) | No | No | — | — |
| Western Empire | Logan Dome | No | No | — | — |
| Western Empire | Woods (11/16/98) | No | No | — | — |
| Western Empire | OPC #4 | No | No | — | — |

*Special Interrogatory for Chart Two (Exhibit 2403) – page 7*

# Special Interrogatories
## for
### Chart Three   *Nelson*
### (Exhibit 2405)

| Customer | Storage Location | Did this application infringe Claim 1? (Yes or No) | Did this application infringe Claim 33? (Yes or No) | If this application infringed either Claim 1 or Claim 33, did Pin/Nip induce that infringement? (Yes or No) | If Pin/Nip induced an infringement, was that inducement "willful"? (Yes or No) |
|---|---|---|---|---|---|
| Customer 4 | Freislan Storage | yes | — | No | — |
| Customer 4 | Spring Green Storage | yes | — | No | — |
| Customer 56 | Block Building | yes | — | No | — |
| Customer 62 | Bin H-16 | yes | — | No | — |
| Customer 62 | Bin H-27 | yes | — | No | — |
| Customer 62 | Bin H-28 | yes | — | No | — |
| Customer 62 | Bin H-29 | yes | — | No | — |
| Customer 62 | Bin H-30 | yes | — | No | — |
| Customer 62 | Bin H-32 | yes | — | No | — |
| Customer 62 | Bin H-34 | yes | — | No | — |

| Customer | Storage Location | Did this application infringe Claim 1? (Yes or No) | Did this application infringe Claim 33? (Yes or No) | If this application infringed either Claim 1 or Claim 33, did Pin/Nip induce that infringement? (Yes or No) | If Pin/Nip induced an infringement, was that inducement "willful"? (Yes or No) |
|---|---|---|---|---|---|
| Customer 62 | Bin 35 | yes | — | No | — |
| Customer 62 | Bin H-37 | No | No | No | — |
| Customer 62 | Bin H-38 | yes | — | No | — |
| Customer 62 | Bin H-8 | yes | — | No | — |

*Special Interrogatories for Chart Three (Exhibit 2405) – page 2*

# Special Interrogatories
## for
### Chart Four   *Hyde*
## (Exhibit 2407)

| Customer | Storage Location | Did this application infringe Claim 1? (Yes or No) | Did this application infringe Claim 33? (Yes or No) | If this application infringed either Claim 1 or Claim 33, did Pin/Nip induce that infringement? (Yes or No) | If Pin/Nip induced an infringement, was that inducement "willful"? (Yes or No) |
|---|---|---|---|---|---|
| Malin Coop | Smedley South Track | No | No | — | — |
| Roy Wright | McCully Road | No | No | — | — |
| Malin Coop | Kirkpatrick Polk Turkey Hill | No | No | — | — |
| Malin Coop | Gerald Moore-Pickett Road | No | No | — | — |
| Malin Coop | Unruh Stateline West | No | No | — | — |
| Malin Coop | Unruh Stateline East | No | No | — | — |
| Malin Coop | Gordon Kandra | No | No | — | — |
| Malin Coop | Bill Moore | No | No | — | — |

| Customer | Storage Location | Did this application infringe Claim 1? (Yes or No) | Did this application infringe Claim 33? (Yes or No) | If this application infringed either Claim 1 or Claim 33, did Pin/Nip induce that infringement? (Yes or No) | If Pin/Nip induced an infringement, was that inducement "willful"? (Yes or No) |
|---|---|---|---|---|---|
| Malin Coop | Halousek-Big Blue | No | No | — | — |
| Malin Coop | Dick Carlton | yes | — | No | — |

*Special Interrogatories for Chart Four (Exhibit 2407) – page 2*

# Special Interrogatories
## for
## Chart Five *~~Volume~~ Ume*
## (Exhibit 2409)

| Customer | Storage Location | Did this application infringe Claim 1? (Yes or No) | Did this application infringe Claim 33? (Yes or No) | If this application infringed either Claim 1 or Claim 33, did Pin/Nip induce that infringement? (Yes or No) | If Pin/Nip induced an infringement, was that inducement "willful"? (Yes or No) |
|---|---|---|---|---|---|
| A1 | 022 | yes | — | yes | yes |
| B4 | 031 | yes | — | yes | yes |
| B8 | 202 | yes | — | yes | yes |
| B10 | 012 | No | No | — | — |
| B13 | 071 | yes | — | yes | yes |
| C3 | 384 | yes | — | yes | yes |
| C7 | Shed | No | No | — | — |
| D2 | 320 | yes | — | yes | yes |
| H2 | 397 | yes | — | yes | yes |
| H2 | 412 | yes | — | yes | yes |
| I2 | 019 | yes | — | yes | yes |
| J6 | 325 | yes | — | yes | yes |
| J6 | 025 | yes | — | yes | yes |
| J6 | 166 | yes | — | yes | yes |
| L1 | 285 | yes | — | yes | yes |
| L8 | 216 | yes | — | yes | yes |
| M4 | 021 | yes | — | yes | yes |

*Special Interrogatories for Chart Five (Exhibit 2409) – page 1*

| Customer | Storage Location | Did this application infringe Claim 1? (Yes or No) | Did this application infringe Claim 33? (Yes or No) | If this application infringed either Claim 1 or Claim 33, did Pin/Nip induce that infringement? (Yes or No) | If Pin/Nip induced an infringement, was that inducement "willful"? (Yes or No) |
|---|---|---|---|---|---|
| M4 | 077 | yes | — | Yes | Yes |
| M4 | 182 | yes | — | Yes | Yes |
| M4 | 398 | yes | — | Yes | Yes |
| M4 | 140 | yes | — | Yes | Yes |
| M4 | 399 | yes | — | Yes | Yes |
| M4 | 132 | yes | — | Yes | Yes |
| M4 | 337 | yes | — | Yes | Yes |
| N1 | 237 | yes | — | Yes | Yes |
| 04 | 113 | yes | — | Yes | Yes |
| 04 | 292 | yes | — | Yes | Yes |
| 04 | 098 | No | No | — | — |
| S3 | 354 | Yes | — | Yes | Yes |
| S3 | 344 | yes | — | Yes | Yes |
| W1 | 116 | yes | — | Yes | Yes |
| W1 | 433 | yes | — | Yes | Yes |
| W1 | 197 | yes | — | Yes | Yes |
| W1 | 400 | yes | — | Yes | Yes |
| W4 | 401 | yes | — | Yes | Yes |
| W6 | 423 | yes | — | Yes | Yes |
| W9 | 018 | yes | — | yes | Yes |
| W10 | 109 | yes | — | Yes | Yes |

*Special Interrogatories for Chart Five (Exhibit 2409) – page 2*

| Customer | Storage Location | Did this application infringe Claim 1? (Yes or No) | Did this application infringe Claim 33? (Yes or No) | If this application infringed either Claim 1 or Claim 33, did Pin/Nip induce that infringement? (Yes or No) | If Pin/Nip induced an infringement, was that inducement "willful"? (Yes or No) |
|---|---|---|---|---|---|
| W10 | 209 | *No* | *no* | | |

# Special Interrogatories
## for
## Chart Six
## (Exhibit 2411)

| Storage Location | Did this application infringe Claim 1? (Yes or No) | Did this application infringe Claim 33? (Yes or No) | If this application infringed either Claim 1 or Claim 33, did Pin/Nip induce that infringement? (Yes or No) | If Pin/Nip induced an infringement, was that inducement "willful"? (Yes or No) |
|---|---|---|---|---|
| Northeast Bin | Yes | — | Yes | Yes |
| S Bin | Yes | — | Yes | Yes |
| B Bin #B | Yes | — | Yes | Yes |
| D Bin #B | Yes | — | Yes | Yes |
| D Bin #S | Yes | — | Yes | Yes |
| H Bin #B | Yes | — | Yes | Yes |
| H Bin #S | Yes | — | Yes | Yes |
| C 7 | No | No | — | — |
| TR 27 | Yes | — | Yes | Yes |
| TR 30 | Yes | — | Yes | Yes |
| TR 31 | Yes | — | Yes | Yes |
| TR 32 | Yes | — | Yes | Yes |
| Bin CC1 | Yes | — | Yes | Yes |
| Bin CC2 | Yes | — | Yes | Yes |
| Bin CC3 | No | No | — | — |
| Bin CC4 | Yes | — | Yes | Yes |

*Special Interrogatories for Chart Six (Exhibit 2411) – page 1*

| Storage Location | Did this application infringe Claim 1? (Yes or No) | Did this application infringe Claim 33? (Yes or No) | If this application infringed either Claim 1 or Claim 33, did Pin/Nip induce that infringement? (Yes or No) | If Pin/Nip induced an infringement, was that inducement "willful"? (Yes or No) |
|---|---|---|---|---|
| Bin CC5 | yes | — | yes | yes |
| Bin CC6 | yes | — | yes | yes |
| Bin 5 | yes | — | yes | yes |
| Bin 6 | yes | — | yes | yes |
| Bin 7 | No | No | — | — |
| Bin 13/2 | yes | — | yes | yes |
| Bin 14/1 | yes | — | yes | yes |
| H North | yes | — | yes | yes |
| H South | yes | — | yes | yes |
| Bin 24 | yes | — | yes | yes |
| West Bin | yes | — | yes | yes |
| Bin 1 | yes | — | yes | yes |
| Bin 2 | yes | — | yes | yes |
| Bin 4 | yes | — | yes | yes |
| Bin 20 | yes | — | yes | yes |
| Bin B1 | yes | — | yes | yes |
| Bin B10 | yes | — | yes | yes |
| Bin B2 | yes | — | yes | yes |
| Bin B3 | yes | — | yes | yes |
| Bin B4 | yes | — | yes | yes |
| Bin B5 | yes | — | yes | yes |

*Special Interrogatories for Chart Six (Exhibit 2411) – page 2*

| Storage Location | Did this application infringe Claim 1? (Yes or No) | Did this application infringe Claim 33? (Yes or No) | If this application infringed either Claim 1 or Claim 33, did Pin/Nip induce that infringement? (Yes or No) | If Pin/Nip induced an infringement, was that inducement "willful"? (Yes or No) |
|---|---|---|---|---|
| Bin B6 | yes | — | yes | yes |
| Bin B7 | yes | — | yes | yes |
| Bin B8 | yes | — | yes | yes |
| Bin B9 | yes | — | yes | yes |
| BISH-East | yes | — | yes | yes |
| CC East | yes | — | yes | yes |
| CC West | yes | — | yes | yes |
| Home West | No | No | — | — |
| K North | yes | — | yes | yes |
| K South | yes | — | yes | yes |
| SE | yes | — | yes | yes |
| Shop | yes | — | yes | yes |
| Van | yes | — | yes | yes |

*Special Interrogatories for Chart Six (Exhibit 2411) – page 3*