# United States Court of Appeals for the Federal Circuit

02-1056

PIN/NIP, INC.,

                                                  Plaintiff-Appellant,

v.

PLATTE CHEMICAL COMPANY,

                                                  Defendant-Appellee.

## JUDGMENT

*ON APPEAL from the*    UNITED STATES DISTRICT COURT
                                          DISTRICT OF IDAHO

*in Case NO(S).*    97-CV-307

*This CAUSE having been heard and considered, it is*

*ORDERED and ADJUDGED:*

### AFFIRM-IN-PART, VACATE-IN-PART, AND REVERSE-IN-PART

ENTERED BY ORDER OF THE COURT

DATED  SEP - 4 2002

/s/ Jan Horbaly
Jan Horbaly, Clerk

ISSUED AS A MANDATE: September 25, 2002

COSTS AGAINST APPELLEE:
Printing:  $2,732.60
Other:     $2,615.00
TOTAL:     $5,347.60

I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE. UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT. CERTIFIED COPY. Date: 09/25/02. By: /s/

349

# BILL OF COSTS (File original and three copies with the Clerk within 14 days of judgment.)

Docket No(s): 02-1056    Caption: PIN/NIP v. Platte Chemical

Platte Chemical, Defendant-Appellee

The Clerk is requested to tax the following costs against:

| ITEM | Number of copies | Number of pages | Actual cost | Allowable cost | Total billed | Total taxed |
|---|---|---|---|---|---|---|
| Docketing Fee (if paid in this court) | xxxxx | xxxxx | 105.00 | | 105.00 | |
| Table of Designated Materials (original) Combined w/ Brief | | | N/A | 8.00 | N/A | |
| Table or Compilation of Designated Materials (copying and collating) Combined w/ Brief | | | N/A | 0.08 | N/A | |
| Brief (original) Table and Compilation of Designated Materials combined in Brief | 20 | 147 | | 40 @ $.15 = 6.00<br>20 @ $4.00=$0.00 2.00 | 882.00 | $882.00 |
| Brief (cover and binding) | 20 | xxxxx | | 6.00 | | |
| Brief (copying and collating) | 20 | (147 x 20)<br>2,940 | 0.08 | 0.08 | 235.20 | 235.20 |
| Appendix (original—table of contents) | xxxxx | N/A | N/A | 8.00 | N/A | |
| Appendix (covers and binding) Vols 1 & 2 - conf<br>Vols 1 & 2 - non | 10 ea = 20<br>20 ea = 40 | | 4.00 | 2.00 | 240.00 | 120.00 |
| Appendix (copying and collating) Vols 1 & 2 - conf<br>Vols 1 & 2 - non | 10 ea = 20<br>20 ea = 40 | (337 x 60)<br>20,200 | 0.055 | 0.08 | 1,111.00 | 1,111.00 |
| Reply Brief (original) | xxxxx | 39 | | 6.00 | 234.00 | 234.00 |
| Reply Brief (covers and binding) | 21 | xxxxx | 5.00 | 2.00 | 105.00 | 42.00 |
| Reply Brief (copying and collating) | 20 | (39 x 20)<br>780 | 0.08 | 0.08 | 62.40 | 62.40 |
| Other (describe): 1) Service copies upon opposing counsel<br>2) Physical compilation of designated materials | | | 125.00 | | 125.00<br>2,490.00 | 2,615.00 |
| GRAND TOTALS | | | | | 5,347.60 | 5,347.60 |

I, Edgar R. Cataxinos, swear under penalty of perjury that the services for which costs are taxed were necessarily performed. Itemized statements of the costs incurred or invoices are attached. Copies of this bill were served on all parties.

Signature: [signature]   Date: 9/18/02   Attorney for: PIN/NIP, Plaintiff-Appellant

City/County of Salt Lake City / Salt Lake Co.   District/State of Utah

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT
SEP 18 2002
JAN HORBALY
CLERK

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY
OF THE ORIGINAL ON FILE

09/25/02