IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| PIN/NIP, INC., | ) |
| | ) |
| Plaintiff, | ) Civil Case No. 97-0307-S-BLW |
| v. | ) |
| | ) ORDER |
| PLATTE CHEMICAL COMPANY, | ) |
| | ) |
| Defendant. | ) |

The Court has before it two motions that have been resolved. The first is a pre-trial motion in limine that was resolved by rulings made at trial, and hence is moot. The second is a motion to stay the determination of damages until the Federal Circuit rules. That motion is also moot as the Federal Circuit has now issued its ruling. Accordingly,

NOW THEREFORE IT IS HEREBY ORDERED, that the motion in limine (docket no. 294) and the motion to stay (docket no. 338) are DEEMED MOOT.

Dated this 24th day of March, 2003.

B. LYNN WINMILL
CHIEF JUDGE, UNITED STATES DISTRICT COURT

dkh

United States District Court
for the
District of Idaho
March 26, 2003

\* \* CLERK'S CERTIFICATE OF MAILING \* \*

Re:   1:97-cv-00307

I certify that I caused a copy of the attached document to be mailed or faxed to the following named persons:

    M Michael Sasser, Esq.   1-208-344-8479
    SASSER & INGLIS
    PO Box 16488
    Boise, ID   83715

    William S Britt, Esq.   1-801-531-9168
    TRASK BRITT & ROSSA
    PO Box 2550
    Salt Lake City, UT   84110

    Edgar R Cataxinos, Esq.   1-801-531-9168
    TRASK BRITT & ROSSA
    PO Box 2550
    Salt Lake City, UT   84110

    H Dickson Burton, Esq.   1-801-531-9168
    TRASK BRITT & ROSSA
    PO Box 2550
    Salt Lake City, UT   84110

    Elizabeth R Jones, Esq.   1-303-407-4494
    THE BEATTY LAW FIRM
    PO Box 2260
    Denver, CO   80201-2260

    Steven B Andersen, Esq.   1-208-343-8869
    HOLLAND & HART
    PO Box 2527
    Boise, ID   83701

    James E Hartley, Esq.
    HOLLAND & HART
    PO Box 8749
    Denver, CO   80201-8749

    Scott S Evans, Esq.
    MICHAEL L BEATTY & ASSOC
    1401 Seventeenth St #1600
    Denver, CO   80202

✓ Chief Judge B. Lynn Winmill
\_\_\_\_\_ Judge Edward J. Lodge
\_\_\_\_\_ Chief Magistrate Judge Larry M. Boyle
\_\_\_\_\_ Magistrate Judge Mikel H. Williams

Visiting Judges:
\_\_\_\_\_ Judge David O. Carter
\_\_\_\_\_ Judge John C. Coughenour
\_\_\_\_\_ Judge Thomas S. Zilly

Cameron S. Burke, Clerk

Date: 3-27-03          BY: _CX_
                           (Deputy Clerk)