M. Michael Sasser
SASSER & INGLIS, P.A.
3100 South Vista Avenue, Suite 200
P.O. Box 16488
Boise, ID 83715
Telephone No. (208) 344-8474
Fax No. (208) 344-8479

H. Dickson Burton
Edgar R. Cataxinos
TRASKBRITT, P.C.
230 South 500 East, Suite 300
P.O. Box 2550
Salt Lake City, UT 84110
Telephone: (801) 532-1922

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| PIN/NIP, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>PLATTE CHEMICAL COMPANY, a Nebraska corporation,<br><br>Defendant. | **ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE SUR-REPLY MEMORANDUM IN RESPONSE TO MOTION AMEND ANSWER AND COUNTERCLAIM FOR PATENT INFRINGEMENT**<br><br>Civil No. CN97-0307-S-BLW |

For the reasons set forth in Plaintiff PIN/NIP, Inc. ("PIN/NIP") Motion for Leave to File Sur-Reply in Opposition to Defendant's Motion to Amend Answer and Counterclaim for Patent

(Docket No. 374)

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE SUR-REPLY MEMORANDUM IN RESPONSE TO MOTION AMEND ANSWER AND COUNTERCLAIM FOR PATENT INFRINGEMENT - 1**

Infringement and for good cause shown:

IT IS HEREBY ORDERED that PIN/NIP's Motion for Leave to File Sur-Reply in Opposition to Defendant's Motion to Amend Answer and Counterclaim for Patent Infringement is GRANTED.

SO ORDERED this 23rd day of ~~February~~ March, 2004.

B. Lynn Winmill
Chief Judge, United States District Court

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE SUR-REPLY MEMORANDUM IN RESPONSE TO MOTION AMEND ANSWER AND COUNTERCLAIM FOR PATENT INFRINGEMENT - 2**

ja

United States District Court
for the
District of Idaho
March 23, 2004

* * CLERK'S CERTIFICATE OF MAILING * *

Re:  1:97-cv-00307

I certify that I caused a copy of the attached document to be mailed or faxed to the following named persons:

    M Michael Sasser, Esq.  1-208-344-8479
    SASSER & INGLIS
    PO Box 16488
    Boise, ID  83715

    William S Britt, Esq.  1-801-531-9168
    TRASK BRITT & ROSSA
    PO Box 2550
    Salt Lake City, UT  84110

    Edgar R Cataxinos, Esq.  1-801-531-9168
    TRASK BRITT & ROSSA
    PO Box 2550
    Salt Lake City, UT  84110

    H Dickson Burton, Esq.  1-801-531-9168
    TRASK BRITT & ROSSA
    PO Box 2550
    Salt Lake City, UT  84110

    Elizabeth R Jones, Esq.  1-303-407-4494
    THE BEATTY LAW FIRM
    216 16th St #1100
    Denver, CO  80202-5115

    Steven B Andersen, Esq.  1-208-343-8869
    HOLLAND & HART
    PO Box 2527
    Boise, ID  83701

    James E Hartley, Esq.
    HOLLAND & HART
    PO Box 8749
    Denver, CO  80201-8749

    Scott S Evans, Esq.
    MICHAEL L BEATTY & ASSOC
    1401 Seventeenth St #1600
    Denver, CO  80202

____✓____Chief Judge B. Lynn Winmill
_____Judge Edward J. Lodge
_____Chief Magistrate Judge Larry M. Boyle
_____Magistrate Judge Mikel H. Williams

Visiting Judges:
_____Judge David O. Carter
_____Judge John C. Coughenour
_____Judge Thomas S. Zilly

                                    Cameron S. Burke, Clerk

Date: 3-23-04                       BY: _____
                                         (Deputy Clerk)