IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| PIN/NIP, INC., | ) | |
| | ) | Case No. CV-97-307-S-BLW |
| Plaintiff, | ) | |
| | ) | **JUDGMENT** |
| v. | ) | |
| | ) | |
| PLATTE CHEMICAL | ) | |
| COMPANY, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

In accordance with the Memorandum Decision filed with this Judgment,

NOW THEREFORE IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that Pin/Nip's motion for summary judgment (Docket No. 397) is GRANTED, and that the Court declares that absent evidence of a pre-mixture, the simultaneous or spaced application of CIPC (chlorpropham) and a substituted naphthalene does not infringe Claim One of United States Patent 5,622,912.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that the

**Judgment - 1**

motion to dismiss (docket no. 395) and the motion for voluntary dismissal (Docket No. 392) are DENIED.



DATED:  **November 13, 2006**

_____
Honorable B. Lynn Winmill
Chief U. S. District Judge

**Judgment - 2**